**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JENNIE PHILLIPS,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 4:24-cv-01150-P** |
| **WAL-MART STORES TEXAS, LLC** | § | |
| **d/b/a WAL-MART STORES TEXAS** | § | |
| **2007, LLC and WAL-MART REAL** | § | |
| **ESTATE BUSINESS TRUST,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

**DEFENDANT WAL-MART STORES TEXAS, LLC'S
OBJECTIONS TO PLAINTIFF'S RULE 26(a)(3) DISCLOSURES**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

**COMES NOW** Walmart Stores Texas, LLC, Defendant Wal-Mart Stores Texas, LLC, *incorrectly named as Wal-Mart Stores Texas, LLC d/b/a/ Wal-Mart Stores Texas 2007, LLC and Wal-Mart Real Estate Business Trust* ("Defendant" or "Walmart"), Defendant in the above-entitled and numbered cause files these objections to Plaintiff's Rule 26(a)(3) Disclosures.

Defendant objects to the admissibility of the following materials disclosed in Plaintiff's Rule 26(a)(3) disclosures:

| Plaintiff's Exhibit No. | Description of Exhibit | Objection |
|---|---|---|
| 14 | Legent Orthopedic Hospital Carrollton Billing *Affidavit* (Affidavit: PLDMA000557; Bill: PLDMA000558-71) | FED. R. EVID. 403: Probative value is substantially outweighed by the danger of misleading the jury and unfair prejudice.<br><br>Defendant has no objection to the underlying bill itself (PLDMA000558-71), but the affidavit accompanying such (PLDMA000557) reaches a conclusion |

1

| | | regarding the amount paid that is misleading and confusing to the jury, therefore, Defendant objects to its use. The affidavit states $70,829.81 was paid for Plaintiff's medical treatment. This does not reflect that the "claim is overpaid by $18,601.89," as stated in the bill (PLDMA000567). The accounts receivable balance of "-$18,601.89" (PLDMA000571) further shows that the claim was overpaid. The jury's reliance on the amount of $70,829.81, as stated in the affidavit, is misleading and unfairly prejudices Defendant by suggesting that Plaintiff's medical damages are a larger amount than the amount that was actually owed for such.<br><br>Because the affidavit does not explain that $18,601.89 of the $70,829.81 was an overpayment, and that the additional $18,601.89 was never actually owed to the provider, Defendant objects to Plaintiff's use of this affidavit. It is substantially likely to mislead the jury and is unfairly prejudicial to Defendant. Defendant does not object to Plaintiff bringing the provider or records custodian (whom Plaintiff has designated as "will call" and "may call," respectively) live to clarify that the amount includes an overpayment, or a stipulation that the correct amount for the jury to consider is $52,227.92 (the amount paid $70,829.81 minus the overpayment $18,601.89). |
| 22 | LinkedIn Profile of Tatyana Lewis | FED. R. EVID. 901: Authentication; and FED. R. EVID. 802: Hearsay. |

2

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By:      */s/ Victoria Tuhovak*
         **DEREK S. DAVIS**
         Texas Bar No. 00793591
         Email:  Derek.Davis@CooperScully.com
         Texas Bar No. 24120407
         Email:  Victoria.Tuhovak@cooperscully.com

900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile:  (214) 712-9540

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April 2026, a true and correct copy of the foregoing document was served on counsel of record *via* the Court's ECF filing service.

         */s/ Victoria Tuhovak*
         **VICTORIA TUHOVAK**