# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JENNIE PHILLIPS,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 4:24-cv-01150-P** |
| **WAL-MART STORES TEXAS, LLC** | § | |
| **d/b/a WAL-MART STORES TEXAS** | § | |
| **2007, LLC and WAL-MART REAL** | § | |
| **ESTATE BUSINESS TRUST,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

## DEFENDANT WAL-MART STORES TEXAS, LLC'S
## AMENDED TRIAL WITNESS LIST

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW** Wal-Mart Stores Texas, LLC, *incorrectly named as Wal-Mart Stores Texas, LLC d/b/a/ Wal-Mart Stores Texas 2007, LLC and Wal-Mart Real Estate Business Trust* ("Walmart" or "Defendant"), Defendant in the above-entitled and numbered cause, and submits the following Amended Trial Witness List. This Amendment includes the same witnesses and information previously provided but adds that each witness has not been deposed and the expected duration of testimony.

Subject to challenges to their qualifications and/or admissibility of their testimony, Walmart may call the witnesses identified below to testify live at the time of trial. The list below represents Walmart's good faith efforts to set out a witness list in advance of trial. Pre-trial preparations and/or trial may necessitate the calling of additional witnesses not set out on the above list. To that end, Walmart reserves the right to call and/or examine any individual identified as a witness on Plaintiff's witness list or person with knowledge of relevant facts in this case.

| Witness | Sworn | Testified |
|---|---|---|
| **Mirach "Mike" Erkol**<br>Defendant's Corporate Representative<br>c/o Cooper & Scully, PC,<br>900 Jackson Street, Suite 100<br>Dallas, Texas 75202<br>(214) 712-9500<br><br>Mike is the store's Asset Protection Manager. He may testify to his knowledge of the store's safety practices and general interactions and relationships with vendors as well as knowledge relevant to Plaintiff's claims and Defendant's defenses.<br><br>Deposed: no<br>Expected duration: 30-60 minutes | | |
| **Jenifer "Jay" Matrinez**<br>Anderson Merchanisers, LLC<br>5601 Granite Pkwy, Suite 1400<br>Plano, Texas 75024<br>(972) 895-4592<br><br>Jay is an employee of Anderson Merchandising, LLC and witnessed the incident at issue. She may testify to her knowledge of the incident, the facts and circumstances of her witness statement, and her knowledge relevant to Plaintiff's claims and Defendant's defenses.<br><br>Deposed: no<br>Expected duration: 30-60 minutes | | |
| **Jennifer Kramb**<br>Anderson Merchanisers, LLC<br>5601 Granite Pkwy, Suite 1400<br>Plano, Texas 75024<br>(972) 895-4592<br><br>Jennifer is the custodian of records and Risk Management Manager for Anderson Merchandisers, LLC. Jennifer may testify to her knowledge of Anderson's investigation of the incident at issue, employment of Plaintiff and her coworkers at the time of the incident, Anderson's retention by Walmart for the remodel, and knowledge relevant to Plaintiff's claims and Defendant's defenses. | | |

| | | |
|---|---|---|
| Deposed: no<br>Expected Duration: 15-30 minutes | | |

These expected direct examination durations are estimates and are subject to change depending on evidence and testimony introduced by Plaintiff at the trial of this matter.

Walmart reserves the right to call as a witness at the trial of this matter any individuals with knowledge of relevant facts, including Plaintiff herself, as well as non-retained experts identified by Plaintiff. Walmart reserves the right to elicit and/or offer testimony from any fact witness or expert identified and/or designated by Plaintiff. Walmart additionally reserves the right to elicit expert testimony and/or lay opinion testimony that would assist the jury in determining material fact issues that would not violate the Federal Rules of Civil Procedure or the Federal Rules of Evidence. Walmart further reserves any additional rights it may have regarding designation of fact witnesses and expert witnesses under the Federal Rules of Civil Procedure, Federal Rules of Evidence, and any other case law or ruling of this Honorable Court.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By:     /s/ Victoria Tuhovak
          **DEREK S. DAVIS**
          Texas Bar No. 00793591
          Email:  Derek.Davis@CooperScully.com
          **VICTORIA TUHOVAK**
          Texas Bar No. 24120407
          Email:  Victoria.Tuhovak@cooperscully.com

900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile:  (214) 712-9540

**ATTORNEYS FOR DEFENDANT WALMART
STORES TEXAS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April 2026, a true and correct copy of the foregoing document was served on counsel of record *via* the Court's ECF filing service.

 /s/ Victoria Tuhovak
**VICTORIA TUHOVAK**