**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JENNIE PHILLIPS,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 4:24-cv-01150-P** |
| **WAL-MART STORES TEXAS, LLC** | § | |
| **d/b/a WAL-MART STORES TEXAS** | § | |
| **2007, LLC and WAL-MART REAL** | § | |
| **ESTATE BUSINESS TRUST,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

**PLAINTIFF'S EXHIBIT LIST**

TO THE HONORABLE U.S. DISTRICT JUDGE:

Pursuant to the Court's Scheduling Order, Plaintiff files this Exhibit List. The exhibits are set out in numbered sequence and include the "Offered" and "Admitted" columns required by Paragraph 8(c) of the Scheduling Order.

**EXHIBITS EXPECTED TO BE OFFERED**

| Exhibit No. | Description & Identifying Information | Offered | Admitted |
|---|---|---|---|
| 1 | Business Records of Anderson Merchandising, LLC (Dkt. 34 – APP_035-051) | | |
| 2 | Master Temporary Services Agreement (Dkt. 34 – APP_014-034) | | |
| 3 | Kalra Brain & Spine Billing Affidavit (PLDMA000001-012) (redacted) | | |
| 4 | Kalra Brain & Spine Medical Affidavit (PLDMA000013-093) (redacted) | | |
| 5 | Concentra Billing Affidavit (PLDMA000094-110) (redacted) | | |
| 6 | Concentra Medical Affidavit (PLDMA000111-523) (redacted) | | |
| 7 | Envision Imaging Billing Affidavit (PLDMA000524-525) (redacted) | | |
| 8 | Envision Imaging Medical Affidavit (PLDMA000526-539) (redacted) | | |

| | | | |
|---|---|---|---|
| 9 | Akumin Billing Affidavit (PLDMA000540-541) (redacted) | | |
| 10 | Akumin Medical Affidavit (PLDMA000542-544) (redacted) | | |
| 11 | Advanced Spine & Orthopedics Billing Affidavit (PLDMA000545-546) (redacted) | | |
| 12 | Advanced Spine & Orthopedics Medical Affidavit (PLDMA000547-553) (redacted) | | |
| 13 | Metropolitan Anesthesia Consultants (PLDMA000554-556) (redacted) | | |
| 14 | Legent Orthopedic Hospital Carrollton Billing Affidavit (PLDMA000557-571) (redacted) | | |
| 15 | Legent Orthopedic Hospital Carrollton Medical Affidavit (PLDMA000610-639) (redacted) | | |
| 16 | CVS Pharmacy Affidavit (PLDMA000572-578) (redacted) | | |
| 17 | Crown Imaging Billing Affidavit (PLDMA000579-581) (redacted) | | |
| 18 | Crown Imaging Medical Affidavit (PLDMA000582-609) (redacted) | | |

## EXHIBITS THAT MAY BE OFFERED IF THE NEED ARISES

| Exhibit No. | Description / Identifying Information | Offered | Admitted |
|---|---|---|---|
| 19 | Transcript of Deposition of Plaintiff Jennie Phillips (Sept. 24, 2025) | | |
| 20 | Photograph of Gondola from Plaintiff Deposition (Deposition Exhibit 2) | | |
| 21 | Video of Deposition of Plaintiff Jennie Phillips (Sept. 24, 2025) | | |

## POTENTIAL DEMONSTRATIVES

| Exhibit No. | Description / Identifying Information | Offered | Admitted |
|---|---|---|---|
| | Easel with White Paper – to be used to show medical timelines and damages math based on witness testimony to assist the jury in understanding oral testimony by illustrating, summarizing, or visually explaining relevant facts; to be published to the jury with the Court's permission. | | |

**STATEMENT REQUIRED BY DCO ¶ 8(c)**

The Scheduling Order requires that the exhibit list be accompanied by a written statement, signed by counsel for each party, stating whether the parties agree to admissibility or identifying any objection to admissibility.

By their signatures below, the parties agree to the admissibility of all Exhibits except Exhibit 14.  Defendant objects to that exhibit as follows:

Defendant objects to Exhibit 14 under Rule 403 on the basis that the amounts reflected in the billing affidavit do not accurately reflect the amounts actually owed and properly paid to the medical provider, which will confuse or mislead the jury.

Accordingly, Plaintiff will call Jill Gunn, custodian of records for Legent Orthopedic Hospital Carrollton, to authenticate Exhibit 14 and to be cross-examined by Defendant.

This objection is also reflected on Defendant's objections to Plaintiff's Rule 26(a)(3) Disclosures [Dkt. 52].

Submitted: June 1, 2026.

Respectfully submitted,

**TX ATTORNEY GROUP, PLLC**

/s/ *David Bleakney*

DAVID BLEAKNEY
Texas Bar No. 24103798
BENJAMIN S. CAMPAGNA
Texas Bar No. 24078302
440 Louisiana Street, Ste. 900
Houston, Texas 77002
Telephone: (832) 286-0800
Facsimile: (281) 612-3006
General Correspondence:
david@txattorneygroup.com
eService Email: e-service@txattorneygroup.com

**ATTORNEYS FOR PLAINTIFF**
**JENNIE PHILLIPS**

**AGREED AS TO DCO ¶ 8(c) STATEMENT:**

**COOPER & SCULLY, P.C.**

*/s/ Victoria Tuhovak  (by permission)*
**DEREK S. DAVIS**
Texas Bar No. 00793591
Email:  Derek.Davis@CooperScully.com
**VICTORIA TUHOVAK**
Texas Bar No. 24120407
Email:  Victoria.Tuhovak@cooperscully.com

900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile: (214) 712-9540

**ATTORNEYS FOR DEFENDANT WALMART
STORES TEXAS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 1st day of June, 2026, I served a true and correct copy of the foregoing document on counsel of record *via* the Court's CM/ECF filing service.

*/s/    David Bleakney*
DAVID BLEAKNEY