## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JENNIE PHILLIPS,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 4:24-cv-01150-P** |
| **WAL-MART STORES TEXAS, LLC** | § | |
| **d/b/a WAL-MART STORES TEXAS** | § | |
| **2007, LLC and WAL-MART REAL** | § | |
| **ESTATE BUSINESS TRUST,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

## DEFENDANT WAL-MART STORES TEXAS, LLC'S
## TRIAL EXHIBIT LIST

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW COMES NOW**, Wal-Mart Stores Texas, LLC, *incorrectly named as Wal-Mart Stores Texas, LLC d/b/a/ Wal-Mart Stores Texas 2007, LLC and Wal-Mart Real Estate Business Trust* ("Defendant" or "Walmart"), Defendant in the above-entitled and numbered cause and submits its Trial Exhibit List. Defendant reserves the right to amend or supplement this list.

This is Defendant's good faith attempt to set forth the exhibits that it may seek to have offered and admitted into evidence in this matter.  Defendant reserves the right to not admit into evidence any of the exhibits listed herein. Defendant also reserves the right to admit any documents into evidence that have been produced during the course of discovery in this matter.  Defendant reserves the right to offer any document into evidence submitted on the exhibit list of Plaintiff. Defendant reserves the right to cross-examine witnesses as to materials which they have identified as relying upon in support of their opinions. Additional exhibits may be offered into evidence at trial which cannot be anticipated at this time or which may become necessary based upon the

evidence presented in Plaintiff's case. Defendant reserves the right to withdraw Exhibits listed herein based upon rulings on motions filed herein.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By:    */s/ Victoria Tuhovak*
      **DEREK S. DAVIS**
      Texas Bar No. 00793591
      Email:  Derek.Davis@CooperScully.com
      Texas Bar No. 24120407
      Email:  Victoria.Tuhovak@cooperscully.com

900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile:  (214) 712-9540

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June 2026, a true and correct copy of the foregoing document was served on counsel of record *via* the Court's ECF filing service.

*/s/ Victoria Tuhovak*
**VICTORIA TUHOVAK**

| Ex. No. | Description | Objection | Admitted |
|---|---|---|---|
| 1. | Employment Records of Jennie Phillips from Anderson Merchandising, LLC | | |
| 2. | Master Temporary Services Agreement between Walmart and Anderson Merchandising, LLC. | | |
| 3. | Medical Records of Jennie Phillips from Concentra (Dallas) | | |
| 4. | Medical Records of Jennie Phillips from Concentra (Addison) | | |
| 5. | Pharmacy Records of Jennie Phillips from CVS Pharmacy | | |
| 6. | Medical Records of Jennie Phillips from Crown Imaging | | |
| 7. | Medical Records of Jennie Phillips from Legent Orthopedic Hospital | | |
| 8. | Medical Records of Jennie Phillips from Kalra Brain and Spine | | |
| 9. | Medical Records of Jennie Phillips from Advanced Spine & Orthopedics | | |
| 10. | Medical Bill of Jennie Phillips from Legent Orthopedic Hospital | | |

## <u>STATEMENT REQUIRED BY SCHEDULING ORDER ¶ 8(c)</u>

In compliance with the Scheduling Order, the parties met and conferred regarding proposed exhibits and agree or object to the admissibility of exhibits as follows:

Plaintiff does not object to Defendant's exhibits.

Defendant objects to the § 18.001 affidavit included in Plaintiff's Exhibit 14 under Fed. R. Evid. 403 as misleading to the jury because the affidavit reaches a conclusion that differs from the proceeding bill. Accordingly, Plaintiff will call Jill Gunn, custodian of records at Legent Orthopedic Hospital Carrollton, to authenticate Exhibit 14 and be cross-examined by Defendant.

**COUNSEL FOR DEFENDANT**                    **COUNSEL FOR PLAINTIFF**

*/s/ Victoria Tuhovak*                        /s/ *David Bleakney (with permission)*
**COOPER & SCULLY, P.C.**                     **TX ATTORNEY GROUP, PLLC**
VICTORIA TUHOVAK                              DAVID BLEAKNEY