**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **Jennie Phillips** | § | |
| | § | |
| | § | **Civil Action No. 4:24-cv-01150-P** |
| **v.** | § | |
| | § | |
| | § | |
| **Wal-Mart Stores Texas LLC et al** | § | |
| | § | |
| | § | |

## ORDER

It is ORDERED that the jury in the above styled and numbered cause be sequestered from the time they report to the jury room each day until released by the court at the end of each day. This partial sequestration will continue until a verdict is reached and the jury is formally discharged by the court or until further order of the court.

Pursuant to this order, while the jury is kept together and not allowed to separate, the reasonable cost of meals incurred by the jury during court recesses will be paid by the clerk of court in compliance with juror fee regulations issued by the Judicial Conference of the United States.

**SO ORDERED** this **2nd day** of **June 2026.**

_____

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE