UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JENNIE PHILLIPS,**

   Plaintiff,

**v.**
                                  **No. 4:24-cv-01150-P**

**WAL-MART STORES TEXAS, LLC,
ET AL.,**

   Defendants.

## ORDER

In light of scheduling conflicts, this case is **RESET** for a jury trial to begin on **Thursday, June 11, 2026,** at **9:00 a.m.,** in the fourth-floor courtroom of the Eldon B. Mahon Federal Courthouse at 501 W. 10th Street, Fort Worth, Texas 76102. All other deadlines remain the same.

   **SO ORDERED** on this **4th day of June 2026.**

                            _____
                            MARK T. PITTMAN
                            UNITED STATES DISTRICT JUDGE